# Exhibit A



# UNITED STATES DISTRICT COURT
## Exemplification Certificate

# 13cv4642

# United States District Court
# Northern District of Illinois

## EXEMPLIFICATION CERTIFICATE

I, Thomas G. Bruton, Clerk of the United States District Court, keeper of the records and seal, certify that the attached documents:

Order of Default Judgment. Signed by the Honorable Virginia M. Kendall on 8/22/2013,

are true copies of records of this Court.

In testimony whereof I sign my name and affix the seal of this Court, in this District at Chicago, IL on 6/13/2014

| Thomas G. Bruton | *Signature* |
| --- | --- |
| *Clerk* | |

I, Judge Ruben Castillo, a Judicial Officer of this Court, certify that Thomas G. Bruton, named above, is and was on the date noted, Clerk of this Court, duly appointed and sworn, and keeper of the records and seal, and that this certificate, and the attestation of the record, are in accordance with the laws of the United States.

On 6/13/2014

*Signature of Judicial Officer*

I, Thomas G. Bruton, Clerk of the United States District Court, keeper of the records and seal, certify that the Honorable Ruben Castillo named above, is and was on the date noted a Judicial Officer of this Court, duly appointed, sworn and qualified, and that I am well acquainted with the Judicial Officer's official signature and know and certify the above signature to be that of the Judicial Officer. In testimony whereof I sign my name, and affix the seal of this Court at Chicago in this State on 6/13/2014.

| Thomas G. Bruton | *Signature* |
| --- | --- |
| *Clerk* | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| INTERNATIONAL FINANCIAL SERVICES CORPORATION | ) )  Case No. 13-4642 |
| Plaintiff, | ) ) Judge Virginia M. Kendall |
| v. | ) ) Magistrate Judge Arlander Keys |
| ALBERT RINCON and HEIDI RINCON | ) ) |
| Defendants. | ) |

## ORDER OF DEFAULT JUDGMENT

This matter coming to be heard on Plaintiff's Motion for Default Judgment as to Defendants Albert Rincon and Heidi Rincon, due notice having been given, the Court being duly advised in the premises and the court finding that Defendants, Albert Rincon and Heidi Rincon have failed to appear, file an answer or other responsive pleading;

**IT IS HEREBY ORDERED:**

Defendants, Albert Rincon and Heidi Rincon, are in default and the Complaint is confessed against said Defendants. Further ordered that judgment is entered in favor of Plaintiff, International Financial Services Corporation and against Defendants Albert Rincon and Heidi Rincon in the sum of $194,612.50.

DATED: 8-22-13      ENTER: _____
                                                JUDGE

Noonan & Lieberman, Ltd.
105 West Adams, Suite 1800
Chicago, IL 60603
(312) 431-1455