# Exhibit B

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| INTERNATIONAL FINANCIAL SERVICES CORPORATION, | § § § § | |
| Plaintiff, | § § § | Cause No. 4:14-MC-0018-O |
| v. | § § | |
| ALBERT RINCON and HEIDI RINCON, | § § § § | |
| Defendants. | § § § | |

## AMENDED FILING OF FOREIGN JUDGMENT
## PURSUANT TO UNIFORM ENFORCEMENT OF FOREIGN JUDGMENTS ACT

On August 22, 2013 an *Order of Default Judgment* ("Final Judgment") was rendered in

the United States District Court, Northern District of Illinois, in Civil Action No. 13-4642

against defendants Albert Rincon and Heidi Rincon.  Pursuant to the Texas Uniform

Enforcement of Foreign Judgments Act, Tex. Civ. Prac. & Rem. Code § 35.001 *et seq.*,

Judgment Creditor, International Financial Services Corporation, hereby files an exemplified

copy of the foregoing foreign judgment (attached hereto as **Exhibit A**).  Also attached is the

Affidavit of Denise Mitchem (attached hereto as **Exhibit B**) swearing to the last known address

of the Judgment Creditor and the Judgment Debtors.

Dated:  August 5, 2014

**COX SMITH MATTHEWS
INCORPORATED**

112 E. Pecan Street, Suite 1800
San Antonio, Texas 78205
(210) 554-5500
(210) 226-8395 (FAX)


By:  /s/  *Meghan E.B. DeBard*

Meghan Bishop DeBard
State Bar No. 24055176
E-mail: mdebard@coxsmith.com

and

Aubrey C. Labanowski
State Bar No. 24076324
Cox Smith Matthews Incorporated
1201 Elm Street, Suite 3300
Dallas, Texas 75270
(214) 698-7800
(214) 698-7899 (FAX)
alabanowski@coxsmith.com

**ATTORNEYS FOR JUDGMENT
CREDITOR, INTERNATIONAL
FINANCIAL SERVICES
CORPORATION**

# Exhibit A



# UNITED STATES DISTRICT COURT
## Exemplification Certificate

# 13cv4642

# United States District Court
# Northern District of Illinois

## EXEMPLIFICATION CERTIFICATE

I, Thomas G. Bruton, Clerk of the United States District Court, keeper of the records and seal, certify that the attached documents:

Order of Default Judgment. Signed by the Honorable Virginia M. Kendall on 8/22/2013,

are true copies of records of this Court.

In testimony whereof I sign my name and affix the seal of this Court, in this District at Chicago, IL on 6/13/2014

| | |
|---|---|
| _____ | _____ |
| Thomas G. Bruton | *Signature* |
| *Clerk* | |

I, Judge Ruben Castillo, a Judicial Officer of this Court, certify that Thomas G. Bruton, named above, is and was on the date noted, Clerk of this Court, duly appointed and sworn, and keeper of the records and seal, and that this certificate, and the attestation of the record, are in accordance with the laws of the United States.

On 6/13/2014

_____
*Signature of Judicial Officer*

I, Thomas G. Bruton, Clerk of the United States District Court, keeper of the records and seal, certify that the Honorable Ruben Castillo named above, is and was on the date noted a Judicial Officer of this Court, duly appointed, sworn and qualified, and that I am well acquainted with the Judicial Officer's official signature and know and certify the above signature to be that of the Judicial Officer. In testimony whereof I sign my name, and affix the seal of this Court at Chicago in this State on 6/13/2014.

| | |
|---|---|
| _____ | _____ |
| Thomas G. Bruton | *Signature* |
| *Clerk* | |

Case 4:14-cv-00639-Y   Document 1-2   Filed 08/11/14   Page 7 of 10   PageID 16
Case 4:14-mc-00018-O   Document 2-1   Filed 08/05/14   Page 4 of 4   PageID 15
Case: 1:13-cv-04642 Document #: 13 Filed: 08/22/13 Page 1 of 1 PageID #:62

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| INTERNATIONAL FINANCIAL SERVICES CORPORATION | ) Case No. 13-4642 |
| Plaintiff, | ) Judge Virginia M. Kendall |
| v. | ) Magistrate Judge Arlander Keys |
| ALBERT RINCON and HEIDI RINCON | ) |
| Defendants. | ) |

### ORDER OF DEFAULT JUDGMENT

This matter coming to be heard on Plaintiff's Motion for Default Judgment as to Defendants Albert Rincon and Heidi Rincon, due notice having been given, the Court being duly advised in the premises and the court finding that Defendants, Albert Rincon and Heidi Rincon have failed to appear, file an answer or other responsive pleading;

**IT IS HEREBY ORDERED:**

Defendants, Albert Rincon and Heidi Rincon, are in default and the Complaint is confessed against said Defendants. Further ordered that judgment is entered in favor of Plaintiff, International Financial Services Corporation and against Defendants Albert Rincon and Heidi Rincon in the sum of $194,612.50.

DATED: _8-22-13_

ENTER: _____
JUDGE

Noonan & Lieberman, Ltd.
105 West Adams, Suite 1800
Chicago, IL 60603
(312) 431-1455

# Exhibit B

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

INTERNATIONAL FINANCIAL §
SERVICES CORPORATION §
§
§
Plaintiff §
§
§ Cause No. 4:14-mc-00018-O
v. §
§
ALBERT RINCON and HEIDI §
RINCON. §
§
Defendants. §

**AMENDED AFFIDAVIT ON FILING FOREIGN JUDGMENT**
**PURSUANT TO TEX. CIV. PRAC. & REM. CODE § 35.001 *ET SEQ.*,**
**THE UNIFORM ENFORCEMENT OF FOREIGN JUDGMENTS ACT**

STATE OF ILLINOIS §

COUNTY OF LAKE §

Before me, the undersigned authority, on this day personally appeared Denise Mitchem who, known to me to be a credible person competent in all respects to make this affidavit, and being by me duly sworn upon oath, stated that the forgoing is true and correct:

1.   I am of sound mind and capable of making this affidavit, and personally acquainted with the facts herein stated.

2.   I am the Vice President of Operations of International Financial Services Corporation ("IFSC"). IFSC having a judgment dated August 22, 2013 (the "Judgment") rendered by the United States District Court, Northern District of Illinois, in Civil Action No. 13-4642 against Defendants Albert Rincon and Heidi Rincon (the "Judgment Debtors"), jointly and severally.  Properly authenticated copies of the Judgment have this day been filed with the clerk of the above-captioned court.

3.   The name and last known addresses of the Judgment Debtors are:

**Mr. Albert Rincon and Ms. Heidi Rincon**

602 N.W. 19th Street
Mineral Wells, Texas 76067
Palo Pinto, County, Texas

1

5376336.2

and

300 NW 7th St.
Mineral Wells, Texas 76067
Palo Pinto, County, Texas

4.      The post office address of IFSC, the Judgment Creditor is:

**International Financial Services Corporation**
1113 S. Milwaukee Ave. Suite 301
Libertyville, Illinois 60048

5.      The name and address of the Judgment Creditor's Attorney in Texas is:

Meghan Bishop DeBard
State Bar No. 24055176
112 E. Pecan St., Suite 1800
San Antonio, Texas 78205
Telephone: 210-554-5500
Fax: 210-226-8395
Email: mdebard@coxsmith.com

Aubrey C. Labanowski
State Bar No. 24076324
1201 Elm Street, Suite 3300
Dallas, Texas 75270
Telephone: (214) 698-7800
Fax: (214) 698-7899
Email: abanowski@coxsmith.com

6.      The purpose of this affidavit is so that notice of the filing of the foreign judgment can be given to the Judgment Debtors in Texas.

Dated: August 5, 2014

_____
Denise Mitchem, Vice President of Operations
International Financial Services Corporation

SUBSCRIBED AND SWORN TO under oath before me on this _____ day of August 5, 2014.

_____
NOTARY PUBLIC, STATE OF ILLINOIS

OFFICIAL SEAL
CHRISTINE M DEERING
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:05/04/15

2

5376336.2